# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYO HAK CHU, | Case No. 21-cv-01551-JST |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL UPON SETTLEMENT** |
| PREFERRED HOTEL GROUP, INC., | Re: ECF No. 19 |
| Defendant. | |

Plaintiff Kyo Hak Chu has filed a notice of settlement. ECF No. 19. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within thirty days of the date of this order.

**IT IS SO ORDERED**.

Dated: July 14, 2021


JON S. TIGAR
United States District Judge